| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
|   | dpetrocelli@omm.com |
| 2 | JAMES M. PEARL (S.B. #198481) |
|   | jpearl@omm.com |
| 3 | AMY R. LUCAS (S.B. #264034) |
|   | alucas@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars |
| 5 | Los Angeles, California 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

Attorneys for Defendants
Bank of America Corporation and Bank of America, National Association

ROBERT S. FRIEDMAN (*pro hac vice* pending)
rfriedman@sheppardmullin.com
JEFF KERN (*pro hac vice* pending)
jkern@sheppardmullin.com
THOMAS M. MONAHAN (S.B. #277536)
tmonahan@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Attorneys for Defendant Michael J. Bock

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT J. FREENEY, an individual; ROOF GROUP LLC, a California limited liability company, | Case No. 2:15-CV-02376-RGK-PLAx |
| Plaintiffs, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** |
| v. | |
| BANK OF AMERICA CORPORATION, a Delaware corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a nationally chartered banking association; MICHAEL J. BOCK, an individual; and DOES 1-20, inclusive, | **(Los Angeles County Superior Court Case No. BC 573275)** |
| | Complaint Filed: February 23, 2015 |
| | Trial Date: None Set |
| Defendants. | |

I, Teresa Rodriguez, declare and state as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067-6035.

On April 1, 2015, I caused the filing in Department 74 of the Superior Court for the State of California, County of Los Angeles, and the personal service of the following document(s):

**DEFENDANTS' NOTICE TO ADVERSE PARTIES and EXHIBITS 1-4**

by requesting that an agent or employee of First Legal Support Services file the document(s) in Department 74 and deliver to the office of the recipient named below, either by handing the document(s) to the recipient or by leaving the document(s) with the receptionist or other person apparently in charge of the recipient's office:

Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
Isaacs Friedberg & Labaton, LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071
Telephone: (213) 929-5550
Facsimile: (213) 955-5794

*Attorneys for Plaintiffs Dwight J. Freeney and Roof Group LLC*

Attached hereto as Exhibit A is a true and correct copy of the Proof of Personal Service of Defendants' Notice to Adverse Parties and Exhibits 1-4, dated April 1, 2015.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 1, 2015, at Los Angeles, California.

SIGNATURE: *Teresa Rodriguez* (signature)

PRINTED NAME: Teresa Rodriguez