# Exhibit A

# PROOF OF PERSONAL SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California, at the law firm of O'Melveny & Myers, located at 1999 Avenue of the Stars, Los Angeles, California 90067-6035. I am not a party to this action.

On April 1, 2015, I caused the personal service of the following document(s):

**DEFENDANTS' NOTICE TO ADVERSE PARTIES AND EXHIBITS 1-4**

by requesting that an agent or employee of First Legal Support Services deliver to the office of the recipient named below, either by handing the document(s) to the recipient or by leaving the document(s) with the receptionist or other person apparently in charge of the recipient's office:

Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
Isaacs Friedberg & Labaton LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071
Telephone: (213) 929-5550
Facsimile: (213) 955-5794

*Attorneys for Plaintiffs Dwight J. Freeney and Roof Group LLC*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 1, 2015, at Los Angeles, California.

SIGNATURE: *Teresa Rodriguez*
PRINTED NAME:    Teresa Rodriguez