UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DWIGHT J. FREENEY et al.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Case No. EDCV 15-2376 JGB (PJWx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, the Court determines that there is no just reason for delay in entering judgment on Plaintiffs' claims against Michael J. Bock ("Bock") under Rule 54(b).

　　It is hereby adjudged, ordered, and decreed that, pursuant to Federal Rule of Civil Procedure 54(b), Plaintiffs' claims against Bock are DISMISSED WITH PREJUDICE for lack of personal jurisdiction.  The Court orders that such judgment be entered.

Dated: January 25, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge